JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| KEITH A BROWN, | Case No. EDCV 08-00874-JFW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| DEBORAH DEXTER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: October 29, 2008

John F. Walter
United States District Judge